PROB 12B
(7/93)

Report Date: December 24, 2008

# United States District Court

## for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 05 2009

JAMES R LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Patricio Zamora | Case Number: 2:04CR00168-001 |

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley

| | |
|---|---|
| Date of Original Sentence: 2/10/2005 | Type of Supervision: Supervised Release |
| Original Offense: Attempt to Distribute at Least 2 Kilograms but Less Than 3.5 Kilograms of Cocaine, 21 U.S.C. § 846 | Date Supervision Commenced: 8/7/2008 |
| Original Sentence: Prison - 46 Months; TSR - 48 Months | Date Supervision Expires: 8/6/2012 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

18   You shall participate in the home confinement program for 14 days. You shall abide by all the requirements of the program, which will include electronic monitoring or other location verification system. You shall pay all or part of the costs of the program based upon your ability to pay. You are restricted to your residence every day from 9:00 p.m. to 6:00 a.m. as directed by the supervising probation officer.

## CAUSE

On August 31, 2008, Mr. Zamora was arrested for disorderly conduct (Sunnyside Municipal Court case number 68445). The defendant failed to report this incident because he believed the matter had been dismissed. According to court documents a bail forfeiture was ordered in the amount of $225, and the case was closed. An incident report was requested but to date has not yet been received. The defendant states that on the night of the incident he was at a dance club with some friends who became involved in a verbal argument with several other individuals. The argument turned into a fight and the defendant claims to have been defending himself when he was arrested.

On December 6, 2008, the defendant was arrested for disorderly conduct and obstructing a law enforcement officer (Toppenish Municipal Court case number C00020019). The defendant was given a citation and immediately contacted his supervising probation officer to report the incident. His next court appearance is scheduled for January 28, 2009. According to an incident report from the Toppenish Police Department, On December 6, 2008, an officer observed several subjects chasing after another individual. The officer made contact with the defendant, at which time he was given instructions to place his hands on the patrol car. The defendant failed to comply, which resulted in the defendant being taken to the ground and arrested.

Prob 12B
**Re: Zamora, Patricio**
**December 24, 2008**
**Page 2**

Mr. Zamora has been accepted into the Yakima Drug Court Program known as the Sobriety Treatment and Education Program (STEP). The STEP program will commence on January 6, 2009. Because the above-noted violations occurred prior to the STEP start date, they need to be addressed by the Court before he begins the program. This officer believes the following modification of the defendant's conditions of supervision is appropriate and would ensure that he remain at home in the evening hours. Mr. Zamora is in agreement with this modification as noted in the attached waiver.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/24/08

Jose Vargas
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[x] The Modification of Conditions as Noted Above
[ ] Other

P. Hutton
Signature of Judicial Officer

12/29/08
Date