PROB 12C
(7/93)

Report Date:  June 8, 2010

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 0 9 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Eastern District of Washington

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender:  Patricio Zamora                      Case Number:  2:04CR00168-001

Address of Offender:                    Toppenish, WA  99336

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence:  2/10/2005

| | | |
|---|---|---|
| Original Offense: | Attempt to Distribute at Least 2 Kilograms but Less Than 3.5 Kilograms of Cocaine, 18 U.S.C. § 846 | |
| Original Sentence: | Prison - 46 Months; TSR - 48 Months | Type of Supervision:  Supervised Release |
| Asst. U.S. Attorney: | Joseph H. Harrington | Date Supervision Commenced:  8/7/2008 |
| Defense Attorney: | Rebecca Pennell | Date Supervision Expires:  8/6/2012 |

## PETITIONING THE COURT

### To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On May 28, 2010, Patricio Zamora pleaded guilty to Second Degree Burglary, docket number 09-1-02321-8, Yakima County Superior Court.  Mr. Zamora was sentenced to 90 days jail. |
| 2 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On May 30, 2010, Patricio Zamora was arrested and charged with Driving Under the Influence, Yakima County District Court, docket number XY0097005. |
| 2 | **Special Condition # 19**: You shall abstain from the use of alcohol, and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
**Re: Zamora, Patricio**
**June 7, 2010**
**Page 2**

> **Supporting Evidence**: On May 30, 2010, Patricio Zamora was found to be intoxicated by a Yakima County Deputy Sheriff. On June 2, 2010, Mr. Zamora admitted to this officer that he had been drinking alcohol.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    June 8, 2010
_____

s/Curtis G. Hare
_____

Curtis G. Hare
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

6/9/10
_____
Date