PROB 12C
(7-93)

**United States District Court**

for the

**Eastern District of Washington**

**Petition for Warrant or Summons for Offender Under Supervision**

Report Date: March 31, 2011

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 0 7 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

| | | | |
|---|---|---|---|
| Name of Offender: | Patricio Zamora | Case Number: | 2:04CR00168-001 |
| Address of Offender: | [redacted] | | |

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 2/10/2005

| | | | |
|---|---|---|---|
| Original Offense: | Attempt to Distribute at Least 2 Kilograms but Less Than 3.5 Kilograms of Cocaine, 18 U.S.C. § 846 | | |
| Original Sentence: | Prison - 46 Months; TSR - 48 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Joseph H. Harrington | Date Supervision Commenced: | 8/7/2008 |
| Defense Attorney: | Rebecca Pennell | Date Supervision Expires: | 8/6/2012 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 6/8/2010. The defendant is currently scheduled to appear before the Court on April 19, 2011, in Richland.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: Patricio Zamora is considered in violation of his period of supervised release in the Eastern District of Washington by committing the offense of defying order to leave premises on or prior to January 8, 20011. |
| | On January 8, 2011, officers with the Toppenish Police Department were doing bar checks and noted the defendant being asked by a bouncer to leave the bar area. He had refused and officers stepped in to assist him. The defendant advised officers he did not need to leave and he wanted to finish his drink. The defendant was then taken into custody and escorted out of the bar. As officers spoke with the defendant, he advised he had no way to get home. The officers decided to drive the defendant to his residence and cited him on the above noted offense. The officers noted the defendant was clearly intoxicated at the time. |

        The defendant discussed with this officer the accounts of what had occurred. He admitted to drinking and not leaving the bar when requested. The defendant was directed to report his actions to the treatment provider so they could work on his alcohol issues. The defendant spoke to the treatment provider and they focused additional time on his alcohol addiction.

        The defendant was provided with a 6 month deferral on March 23, 2011, on the Toppenish case to allow him to complete his alcohol treatment. Once he completes the treatment, the charge will be dismissed. The defendant is scheduled to complete alcohol treatment no later than April 8, 2011.

        The defendant has also completed all the necessary steps to qualify for housing assistance. He needs to complete his alcohol treatment and show his employment status and the housing will be made available.

4        **Special Condition # 19**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

        **Supporting Evidence**: Patricio Zamora is considered in violation of his period of supervised release in the Eastern District of Washington by consuming alcohol on or prior to January 8, 2011.

        As noted above the defendant was contacted at a bar by the Toppenish Police Department while he was under the influence of alcohol. He admitted to this officer he was drinking on the night indicated.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/31/2011

s/David L. McCary

David L. McCary
U.S. Probation Officer

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [x] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Other

_____
Signature of Judicial Officer

4/7/11
_____
Date